TROUTMAN AMIN, LLP
Eric J. Troutman (State Bar # 229263)
Puja Amin (State Bar # 299547)
Brittany A. Andres (State Bar # 340856)
400 Spectrum Center Drive, Suite 1550
Irvine, California 92618
Telephone: +1 949 350 3663
Facsimile: +1 949 203 8689
troutman@troutmanamin.com
amin@troutmanamin.com
brittany@troutmanamin.com

Attorneys for Defendant
VIA RENEWABLES, INC., F/K/A SPARK ENERGY, INC.

TROUTMAN AMIN, LLP
400 Spectrum Center Drive, Suite 1550, Irvine CA 92618
troutman@troutmanamin.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN CLARK, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VIA RENEWABLES, INC., F/K/A SPARK ENERGY, INC.,<br><br>Defendants. | Case No. 3:24-cv-00568-JSC<br><br>**DECLARATION OF JULIO ASTORGA IN SUPPORT OF DEFENDANT VIA RENEWABLES, INC. F/K/A SPARK ENERGY, INC.'S OPPOSITION TO PLAINTIFF BRIAN CLARK'S MOTION FOR CLASS CERTIFICATION**<br><br>Date: March 6, 2025<br>Time: 10:00 a.m.<br>Courtroom: 8 |

I, Julio Astorga declare:

1. I am over the age of eighteen (18) years, and I have direct and personal knowledge of the matters set forth in this Declaration. If called and sworn, I could and would competently testify to the following facts. I submit this Declaration in support of Defendant's Opposition to Plaintiff Brian Clark's ("Plaintiff") Motion for Class Certification.

2. I am the Senior Director of Sales and Marketing of Via Renewables, Inc.

("Defendant").

3. Defendant is a holding company that does not make phone calls, supply energy products, or have any operations pertinent to this case.

4. Defendant is the parent of company of Spark Energy Gas, LLC ("Spark Energy"). Spark Energy is an energy retailer offering services in the state of California. Spark Energy's family of brands offer high-quality home electrical power derived from mostly renewable resources, such as solar and wind. Spark Energy is an alternative provider to companies like PG&E that operate primarily using traditional fossil fuels.

5. Spark Energy does not engage in cold call robocalling of any kind, and it does not allow any vendors it works with to engage in such activity.

6. Spark Energy also does not make cold calls to numbers on the Do-Not-Call list and does not permit any vendor it works with to engage in that activity.

7. Spark Energy does, however, work with certain vendors to make calls to consumers who have provided express written consent to be contacted by Spark Energy. Spark Energy works with two types of vendors to make such calls.

8. Spark Energy works with vendors who operate websites where consumers may fill out forms and request to be contacted by Spark Energy. These vendors are trusted experts in the field of identifying consumers interested in Spark Energy's products and services and Spark Energy trusts these companies to provide valid only valid written consent from real consumers.

9. Spark Energy's contracts with these vendors require only valid express written consent be provided.

10. These vendors do not just work for Spark Energy but with any number of other companies they also generate consumer leads for. As such, these vendors use hundreds of different URLs to generate the consent forms sent to Spark Energy. Inbounds.com is one such vendor.

TROUTMAN AMIN, LLP
400 Spectrum Center Drive, Suite 1550, Irvine CA 92618
troutman@troutmanamin.com

Bestamericansavings.com is one such URL.

11. Bestamericansavings.com offers discount offers on, amongst other things, the services of energy retailers like Defendant.

12. The other type of vendor Spark Energy works with is a call center vendor. These vendors may make calls to consumers who have consented to receive calls from Spark Energy and then transfer consumers who are interested in further information to Spark Energy for assistance.

13. One such vendor is Energy BPO, Corp. ("Energy BPO"). All calls made by Energy BPO were made with consent as a matter of requirement—calls could not have been placed by Energy BPO unless a consent record was first received by Defendant, stored in its account with ActiveProspect, and then transferred to Energy BPO.

14. Spark Energy works with various companies to provide leads for consumers who are interested in learning about Spark Energy's services.

15. Spark Energy also works with dozens of different call centers, not just Energy BPO.

16. On March 3, 2023, Defendant received a webform submission from bestamericansavings.com purporting to be in the name of Plaintiff. As a result of that submission, Defendant transmitted the lead record to Energy BPO that made the challenged calls to Plaintiff.

17. The webform submission expressed interest in offers from Spark Energy—a provider of home energy products.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 15th day of January 2025 in Houston, Texas.

Julio Astorga

TROUTMAN AMIN, LLP
400 Spectrum Center Drive, Suite 1550, Irvine CA 92618
troutman@troutmanamin.com

TROUTMAN AMIN, LLP
400 Spectrum Center Drive, Suite 1550, Irvine CA 92618
troutman@troutmanamin.com

**CERTIFICATE OF SERVICE**

I hereby certify that on January 15, 2025, a copy of the foregoing was served by ECF to counsel of record.

*/s/ Brittany A. Andres*
Brittany A. Andres