TROUTMAN AMIN, LLP
Eric J. Troutman (State Bar # 229263)
Puja Amin (State Bar # 299547)
Brittany A. Andres (State Bar # 340856)
400 Spectrum Center Drive, Suite 1550
Irvine, California 92618
Telephone: +1 949 350 3663
Facsimile: +1 949 203 8689
troutman@troutmanamin.com
amin@troutmanamin.com
brittany@troutmanamin.com

Attorneys for Defendant
VIA RENEWABLES, INC., F/K/A SPARK ENERGY, INC.

TROUTMAN AMIN, LLP
400 Spectrum Center Drive, Suite 1550, Irvine CA 92618
troutman@troutmanamin.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRIAN CLARK, individually, and on behalf of all others similarly situated,

Plaintiff,

v.

VIA RENEWABLES, INC., F/K/A SPARK ENERGY, INC.,

Defendants.

Case No. 3:24-cv-00568-JSC

**DECLARATION OF ERIC J. TROUTMAN IN SUPPORT OF DEFENDANT VIA RENEWABLES, INC. F/K/A SPARK ENERGY, INC.'S OPPOSITION TO PLAINTIFF BRIAN CLARK'S MOTION FOR CLASS CERTIFICATION**

Date: March 6, 2025
Time: 10:00 a.m.
Courtroom: 8

I, Eric J. Troutman, declare:

1. I am an attorney and partner at Troutman Amin, LLP, and am lead counsel for Defendant Via Renewables, Inc. f/k/a Spark Energy, Inc. ("Defendant") in this matter.

2. I am over the age of eighteen (18) years and I have direct and personal knowledge of the matters set forth in this Declaration. If called and sworn, I could and would competently testify to the following facts. I submit this Declaration in support of Defendant's Opposition to

TROUTMAN AMIN, LLP
400 Spectrum Center Drive, Suite 1550, Irvine CA 92618
troutman@troutmanamin.com

Plaintiff Brian Clark's ("Plaintiff") Motion for Class Certification.

3. On August 20, 2024, Plaintiff's counsel took a Rule 30(b)(6) deposition of Defendant, Julio Astorga. A true and correct copy of the relevant portions of Defendant's deposition transcript is attached hereto as "**Exhibit A**."

4. On October 29, 2024, I took the deposition of Plaintiff Brian Clark. A true and correct copy of the relevant portions of Plaintiff's deposition transcript is attached hereto as "**Exhibit B**."

5. On November 15, 2024, Defendant served its Rebuttal Expert Designation and Report. A true and correct copy of said report is attached hereto as "**Exhibit C.**"

6. On November 27, 2024, Plaintiff's counsel sent an email stating Plaintiff did not actually have notes for calls from Defendant. He then produced purported notes Plaintiff took of other calls he received from September 14, 2023 to October 13, 2023. A true and correct copy of said email is attached hereto as "**Exhibit D.**"

7. On December 4, 2024, I took the deposition of Plaintiff's expert, Anya Verkhovskaya. A true and correct copy of relevant portions of the transcript is attached hereto as "**Exhibit E.**"

8. Despite numerous requests—and repeated assurances from Plaintiff's counsel—Plaintiff has failed to provide his devices to Defendant's expert for forensic examination. A true and correct copy of said emails are attached hereto as "**Exhibit F.**"

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 15th day of January 2025 in Irvine, California.

*/s/Eric J. Troutman*
Eric J. Troutman

TROUTMAN AMIN, LLP
400 Spectrum Center Drive, Suite 1550, Irvine CA 92618
troutman@troutmanamin.com

**CERTIFICATE OF SERVICE**

I hereby certify that on January 15, 2025, a copy of the foregoing was served by ECF to counsel of record.

*/s/ Brittany A. Andres*
Brittany A. Andres