# EXHIBIT D

| | |
|---|---|
| **From:** | chrisr@prato-reichman.com |
| **To:** | Brittany Andres; justinp@prato-reichman.com |
| **Cc:** | Eric Troutman; Puja Amin |
| **Subject:** | RE: Clark v. Spark Energy (Notes) |
| **Date:** | Wednesday, November 27, 2024 3:47:03 PM |
| **Attachments:** | image001.png |

**Caution**: External (chrisr@prato-reichman.com)

Confusable Domain Details

Report This Email FAQ GoDaddy Advanced Email Security, Powered by INKY

Brittany,

After my client searched his notes, he realized he did not have call notes for the Via Renewables calls because he just kept the voicemail recordings as his notes. He said what he reviewed was a very short summary he sent to me alone via email which is privileged. Below is the text of all other notes he took in 2023 with the first line being the subject line of the draft email to himself and the rest being the body of the email notes. As I said, he did not make notes for the Via Renewables summarizing what was said because he had the voicemail recordings.

Call notes text follows:

prerecord: Olivia with Senior Advisor

09/14/23 8:25 am. CID: 562 562-4345

Prerecorded/computer call to cell phone. It said it was "Olivia with Senior Advisor". It asked me how I was doing, glitched and hung up.

I've gotten several of these lately.

================================

prerecord: Computer call asking whether I had received car accident money

09/14/23 3:58 pm CID 510 521-3617

Not sure what the angle is here, but the computer asked if I had recieved the money from the accident I was in. I said I had not. It asked if it would be acceptable to transfer me to someone, even if I'm on a do not call list. I said "Yes, except for the last part".

The operator asked me my name, and I said Steve Hampton, and when asked, I gave my age as 51. The operator asked when I was in an accident. I said about 6 months ago, so March. I was then disconnected.

=================================

prerecord: computer calling claiming to be Sara with Healthcare Benefits

9/19/23 3:30pm CID: 909 346-9502

Computer poorly claiming to be Sara with Healthcare Benefits asked if I have medicare part A and B. I said yes, but had to bail on the call because I didn't have time.

=================================

prerecord: Computer call from "Olivia" with Senior Advisor

9/20/23 8:58 am CID: 213 836-9417

Another call from “Olivia” with Senior Advisor. Again glitchy and asking if I have Medicare parts A and B.
I hung up because I don’t know how to answer their questions.

=================================

prerecord: Accident Recovery or something like that

9/20/23 1:40 pm, CID: 510 330-1000
Computerized “Susan” asked if I had been in an accident and was still awaiting payment.

I said yes. It transferred me to someone. I pretended to be a computer and she hung up.

================================

prerecord: Becky with Senior Advisor

9/25/23 11:49 am CID: 410 452-6910

"Becky" with Senior Advisor, talking about Final Expenses.
Asked how old I was, I said 14.
It hung up.

================================

prerecord: Becky with Senior Advisory

9/26/23 8:37 am. CID 510 264-8322

Computer call again. Same one as always from "Becky" with Senior Advisory. Funeral Expense Insurance

I was transferred to an Indian who gave an extremely white name. There was someone in the room with me so I couldn't pursue it, so I asked him what the meaning of this was in Hindi and he hung up.

================================

prerecord: Computerized "Anna" with Senior Advisor

9/27/23 8:45 am. CID: 510 692-4845

"Anna" with Senior Advisor selling Medicare Benefits

I said I was on medicare and the computer transferred me to a person with an Indian accent.

I Said I was 68
No other insurance
I said my name was Steve Wilson
I said I got no other assistance besides medicare.

He said he would transfer me to my county license agent after playing the recording and asking for my consent.

The recording stated that my verbal consent was a digital signature giving them permission to call me for marketing purposes and would override all state and federal laws and do not call lists. It said this permission could be revoked by "any reasonable means", but I don't know how I would reasonably revoke it because I don't know who they are or how to contact them.

When I said no to the recording, I heard their operator mumble something (in Hindi?) and hang up.

There was never any identifying information given.

Ironically, I received another spam call (626 836-8104) while on this one but did not answer it.

================================

prerecord: Computer call from "Olivia" with Senior Advisor

9/29/23 8:24 am. CID: 213 817-5842 "Olivia" with Senior Advisor

computer was stuttering, and I only got what it was saying because I've heard this so many times.

I said I have medicare a & b.

It transferred me to a male operator, probably Indian (accent was less than most callers). I

gave this info:
Steve Wilson, age 67
$25 copay

They played the same "disclaimer" as they call it, asking me to override all state and federal do not call restrictions, giving them permission to market to me in the future. Since on the last call I said no and they hung up, I was trying to give something like a yes so I could identify them. I said, "ok." The operator came back on and asked if I was ok with it, and I gave an answer like, "yeah". He said he would play it again and I should say "yes". He played it again, I said "yup". He hung up.

================================

prerecord: Computer call from "Susan" with Accident Management

10/11/23 12:36 pm. CID: 510 583-1733 "Susan" With Accident Management (or something similar)

Computer/Soundboard asked if I had been in an accident in the recent past. I said yes. Got transferred to:

Edgar Accident Claims hotline

Asked what happened. I told him I was rear ended and I never got paid. He asked if I was injured. I said no, just damage to the car. He said that he couldn't help me and hung up.

================================

prerecord: "Sara" with Healthcare Benefits

10/12/23 CID 628 265-8723 11:00 am prerecord call to cell phone (as have all these healthcare benefits call been)

"Sara" with Healthcare Benefits

Computer / sound board asked if I had medicare parts a and b. I said yes. I was transferred to a person.

I believe he said it was a recorded line with healthinsurance.com
He said "I believe you have medicare parts a and b, is that correct?"
I said, "Right."

He hung up.

================================

prerecord: Computer/Soundboard of male with US Network Solutions

prerecord to cell phone 10/13/23 8:14 am CID 510 324-0144

US Network Solutions

Affordable Internet, saying if I am on medicaid or other government programs, I can get free internet, and even a free tablet.

This sounded like a phishing scam so I hung up.

================================

Sincerely,
Chris Reichman
Prato & Reichman, APC
3675 Ruffin Road, Suite 220
San Diego, CA 92123
D: 619-683-7971
F: 619-241-0389
ChrisR@Prato-Reichman.com

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, attorney work product or exempt from disclosure under applicable Federal or State Law. If you are not the intended recipient of this message, or the employee or agent responsible for delivering this message to the intended recipient, you may not disclose, print, copy or disseminate this information in any manner. Unauthorized interception of this e-mail is a violation of Federal Law. If you have received this communication in error, please

notify us immediately by e-mail or telephone. Thank you.

---

**From:** Brittany Andres <brittany@troutmanamin.com>
**Sent:** Monday, November 25, 2024 9:03 AM
**To:** chrisr@prato-reichman.com; justinp@prato-reichman.com
**Cc:** Eric Troutman <troutman@troutmanamin.com>; Puja Amin <amin@troutmanamin.com>
**Subject:** Clark v. Spark Energy (Notes)

Hi Chris

At Plaintiff's deposition, your client indicated he had TCPA notes and you would be producing them. Can you please advise as to the status of that production?

Thank you,

**Brittany Andres ("The Baroness")**
*Partner*
400 Spectrum Center, Ste. 1550
Irvine, CA 92618
www.tcpaworld.com
www.cipaworld.com
www.troutmanamin.com
P: (949) 350-5612 (No ATDS)
F: (949) 203-8689

TROUTMAN AMIN, LLP
DESERVE TO WIN