EXHIBIT E FILED UNDER SEAL