# EXHIBIT F

| | |
|---|---|
| **From:** | chrisr@prato-reichman.com |
| **To:** | Brittany Andres; justinp@prato-reichman.com |
| **Cc:** | Eric Troutman; Puja Amin |
| **Subject:** | RE: Clark v. Via Renewables (DISC) |
| **Date:** | Friday, December 13, 2024 12:31:11 PM |
| **Attachments:** | image001.png |

**Caution**: External (chrisr@prato-reichman.com)

Confusable Domain Details

Report This Email FAQ GoDaddy Advanced Email Security, Powered by INKY

Brittany,

As I already said regarding other last-minute scheduling requests, we are not agreeing to any dates this week for anything since we have to draft the certification motion by Monday. If you would like to circle up with me after we file it on Monday, please feel free to do so.

Sincerely,
Chris Reichman
Prato & Reichman, APC
3675 Ruffin Road, Suite 220
San Diego, CA 92123
D: 619-683-7971
F: 619-241-0389
ChrisR@Prato-Reichman.com

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, attorney work product or exempt from disclosure under applicable Federal or State Law. If you are not the intended recipient of this message, or the employee or agent responsible for delivering this message to the intended recipient, you may not disclose, print, copy or disseminate this information in any manner. Unauthorized interception of this e-mail is a violation of Federal Law. If you have received this communication in error, please notify us immediately by e-mail or telephone. Thank you.

**From:** Brittany Andres <brittany@troutmanamin.com>
**Sent:** Wednesday, December 11, 2024 5:27 PM
**To:** justinp@prato-reichman.com; chrisr@prato-reichman.com
**Cc:** Eric Troutman <troutman@troutmanamin.com>; Puja Amin <amin@troutmanamin.com>
**Subject:** RE: Clark v. Via Renewables (DISC)

Hi folks

Following up on the below again. Please provide a date this week that works for an inspection. Thank you.

**Brittany Andres ("The Baroness")**
*Partner*
400 Spectrum Center, Ste. 1550
Irvine, CA 92618
www.tcpaworld.com
www.cipaworld.com
www.troutmanamin.com
P: (949) 350-5612 (No ATDS)
F: (949) 203-8689

---

**From:** Brittany Andres
**Sent:** Monday, December 9, 2024 9:45 AM
**To:** justinp@prato-reichman.com; chrisr@prato-reichman.com
**Cc:** Eric Troutman <troutman@troutmanamin.com>; Puja Amin <amin@troutmanamin.com>
**Subject:** RE: Clark v. Via Renewables (DISC)

HI folks

Following up on the below.

Please provide a good date and time that we can conduct this inspection.

**Brittany Andres ("The Baroness")**
*Partner*
400 Spectrum Center, Ste. 1550
Irvine, CA 92618
www.tcpaworld.com
www.cipaworld.com
www.troutmanamin.com
P: (949) 350-5612 (No ATDS)
F: (949) 203-8689

---

**From:** Brittany Andres
**Sent:** Tuesday, December 3, 2024 9:17 AM
**To:** justinp@prato-reichman.com; chrisr@prato-reichman.com
**Cc:** Eric Troutman <troutman@troutmanamin.com>; Puja Amin <amin@troutmanamin.com>
**Subject:** Clark v. Via Renewables (DISC)

Hi Justin and Chris

Please recall you indicated that your client is willing to conduct a limited in-person investigation of his laptop to determine whether he visited BestAmericanSavings.com on March 3, 2023.

Please provide a good date and time that we can conduct this inspection.

Separately, Plaintiff's responses to our interrogatories and requests for production, set two were due yesterday. If mailed, can you please send over a copy of the responses via email?

Thank you,

**Brittany Andres ("The Baroness")**
*Partner*
400 Spectrum Center, Ste. 1550
Irvine, CA 92618
www.tcpaworld.com
www.cipaworld.com
www.troutmanamin.com
P: (949) 350-5612 (No ATDS)
F: (949) 203-8689