UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRIAN CLARK,

        Plaintiff,

    v.

VIA RENEWABLES, INC.,

        Defendant.

Case No. 24-cv-00568-JSC

**ORDER RE: PLAINTIFF'S OBJECTION TO DEFENDANT'S DISPOSITIVE MOTIONS AND DEFENDANT'S MOTION TO ENLARGE TIME**

Before the Court is Defendant's administrative motion to enlarge the time for the Court to hear dispositive motions, in which Defendant requests to move the deadline for hearing already-filed dispositive motions. (Dkt. No. 102.) The deadline to hear dispositive motions in this case is April 23, 2026. (Dkt. No. 93.) On March 24, 2026, Defendant filed a motion to dismiss and a motion for partial summary judgment. (Dkt. Nos. 96, 97.) Plaintiff's oppositions were due on April 6, 2026. N.D. Cal. Civ. L.R. 7-3(a). Rather than file his required oppositions, Plaintiff filed an "objection" noting that under Civil Local Rule 7-2(a), Defendant should have noticed its motions for April 28, 2026 at the earliest, as the Rule requires motions be filed at least 35 days before the noticed hearing date and the Court had not exempted Defendant from that requirement. (Dkt. No. 100.) True, but the Court also had not exempted Plaintiff from filing his oppositions to the motions. Defendant's shortened time between filing and hearing impacted the Court's time to prepare for the hearing, not Plaintiff's time to file an opposition—Plaintiff still had the two weeks permitted by the Local Rules to prepare an opposition.

So, the hearing on Defendants' motions is continued to June 18, 2026 at 10:00 a.m. Plaintiff's opposition to both motions is due April 30, 2026 and Defendant's replies are due May 7, 2026. No further extensions will be granted.

This Order disposes of Docket No. 102.

**IT IS SO ORDERED.**

Dated: April 13, 2026

_____
JACQUELINE SCOTT CORLEY
United States District Judge

United States District Court
Northern District of California